IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STUART LUCAS[1], | § | |
| | § | |
| Respondent Below, | § | No. 148, 2021 |
| Appellant, | § | |
| | § | |
| | § | Court Below – Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF SERVICES FOR | § | |
| CHILDREN, YOUTH AND THEIR | § | File Nos. 20-11-01TN |
| FAMILIES, | § | 20-11-02TN |
| | § | Petition Nos. 20-23873 |
| | § | 20-23886 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: February 9, 2022
Decided: February 21, 2022

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 21st day of February, 2022, after careful consideration of all the briefs and the record on appeal, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its April 15, 2021 order.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ Tamika R. Montgomery-Reeves
Justice